Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00140-CV

____________

 

ROGER PHARRIS, Appellant

 

V.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET. AL., Appellees

 



 

On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 614391

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed January 11, 2011.  On March 7, 2011, appellant
filed a motion to dismiss because he no longer desires to prosecute the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.